UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY PENN,<br><br>    Defendant. | Case No. 16cr1695-BEN<br><br>**JUDGEMENT AND ORDER GRANTING THE JOINT MOTION TO DISMISS THE INDICTMENT, AND SUPERCEDING INDICTMENT, AND EXONERATE THE BOND** |

This matter comes before the Court upon a joint application by the Government, and Defendant, for leave of the Court to dismiss with prejudice the Indictment and Superceding Indictment in this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

GOOD CAUSE APPEARING, for the reasons stated in the motion, the Court finds that the interests of justice and judicial are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application in the joint motion filed by the parties to dismiss the Indictment and the Superceding Indictment without prejudice is GRANTED.

IT IS FURTHER ORDERED that the bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

Dated: April 6, 2020

HONORABLE ROGER T. BENITEZ
United States District Court Judge

16cr1695-BEN